UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60194-CR-DIMITROULEAS/Seltzer

UNITED STATES OF AMERICA,
        Plaintiff,

      v.

RAMON DEL CAMPO-FUENTES,
        Defendant.
_____/

## AMENDED ORDER GRANTING MOTION TO DEPOSE DEFENSE WITNESS IN LIEU OF TESTIMONY AT TRIAL

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Amend the Order Granting Defendant's Motion to Depose Defense Witness in Lieu of Testimony at Trial issued on October 11, 2006 and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion is hereby **GRANTED**. The defense witness, Juan Del Campo, will be deposed by video deposition in order to preserve his testimony at trial.

It is further ordered that the video deposition be taken on Tuesday, December 19, 2006, 10:00 a.m. (local time), at the Office of the Federal Public Defender, located at the Federal Building, 700 East San Antonio, D-401, El Paso Texas. The government shall bear the cost of the deposition and the travel and subsistence of defense counsel and the attorney for the government.

It is further ordered that defense witness, Juan Del Campo, shall bring with him to the deposition any and all income tax records, social security records, employment records, and any book, paper, document, record, recording or data, establishing his place of residence or presence in

or outside the United States, and his employment in or outside the United States from August 29,

1924, to November 5, 1961.

DONE AND ORDERED on this ___/___ day of December, 2006 at Fort Lauderdale,

Florida.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:   Daryl E. Wilcox, AFPD
      Donald Chase, AUSA

2